PRISONER CASE

CAT II

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

07cv7012
Judge HIBBLER
Mag. Judge NOLAN

**Plaintiff(s):** DEWITT BROWN

**Defendant(s):** COUNTY OF COOK, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Dewitt Brown
#2007-0023106
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

DEC 13 2007

**FILED**
J.N
DEC 13 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. F. Woodham  **Date:** 12/13/2007