UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Dewitt N. Brown
Plaintiff(s)

v.

Thomas Dart,
Salador Godinez,
Scott Kurtovich &
Anderson
Defendants

**FILED**
DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 07cv7012
Judge HIBBLER
Mag. Judge NOLAN

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Dewitt N. Brown, declare that I am the (check appropriate box)
☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
☑ I am not currently, nor previously have been, represented by an attorney by the Court in this or any other civil or criminal proceeding before this Court.
☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
☑ I have attached an original Application to Proceed in Forma Pauperis in the proceeding detailing my financial status.
☐ I have previously filed an Application to Proceed In forma pauperis in this proceeding and it is a true and correct representation of my financial status.
☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Dewitt N. Brown
Movant's signature

P.O. Box 089002
Street address

Chicago, IL 60608
City/State/Zip