IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Name of First Plaintiff in the Case, et al.,
Dewitt N. Brown

County of COOK, a municipal Corporation
Name of First defendant declaration
Defendants

THOMAS DART,
SALADOR GODINEZ,
SCOTT KURTOVICH &
ANDERSON

FILED
DEC 13 2007 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DECLARATION Pretaining to:
Hyginic & Sanitation
Name of Person Making:
Dewitt N. Brown & witnesses
Civil Action

07cv7012
Judge HIBBLER
Mag. Judge NOLAN

Full name of Detainees or Other Person making the STATMENT, Print and ID Numbers.
name Bobby Harrison  ID. 20040012892  name Michael Bennett ID 200700049020
name August Burton   ID. 20070065020  name Roosevelt Turner ID 200700474526
name Charles Edwards ID. 200700339124  name _____ ID. _____

I the Plainiff and my witnesses will testify to the forgoing:

That the Old division 1 build in 1929 the Condition of Confinement has fallen be Low the Constitutional Standard, which threatens our Mental and Physical Well-being. Inadequate Shower, Sanitation, bedding Clothing Hygenic Materials. The temperture Control and Ventilation System are incapable of Providing adequate Temperature. The defective Plumbing leaking Pipes Which Cause Sewage, Molding and Slime to accumulate in the Cell houses and shower. The is old outdated and poorly maintained which Surely amount to deliberately indifferent to detainees health and Safety. If the Court will investigate into this Matt It will find that every words in this Motion is true. And Should be turned into A Class Action Suite.

Your honorable Judges if the County filed a motion to dismissed my complaint. Please dismiss their motion instead
I Dewitt N. Brown and witness do declare. Under Penalty of Perjury that the forgoing is true and correct to the best of our abilities. DATE 12 07 07 State of Illinois and City of Chicago
All signatures of the Plaintiff and witnesses

Bobby Harrison  August Burton  Roosevelt Turner
Charles Edwards  Michael Bennett

# 200700031066
Plaintiff I.D. #

Dewitt N Brown
Plaintiff Signature