

EXHIBITS

**FILED**

DEC 1 3 2007 aew

/3

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cv7012
Judge HIBBLER
Mag. Judge NOLAN

Part A / Control #: X _____

Referred To: Supt. Div. I (A)

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: __Brown__   First Name: __Dewitt N__

ID #: __2007-0023106__ Div.: __1__ Living Unit: __B-1__ Date: __10/20/07__

BRIEF SUMMARY OF THE COMPLAINT: Is Pretaining to the heat and Shower in div 1 B-1. There is NO HOT WATER in the Shower and NO heat on this deck. There is Water always Staying IN The Shower because the drain Sytem don't work proper. I been on this Tier For around 6-Monts. And The Cold Shower have Affected my health. I stay With a Cold. Its Winter Times now Some OF The DETAINEES Never take a shower. The Cold WATER have become a threat to Our health. It's deprived us oF Our basic elements which Constitutes, an denial oF Our Personal hygine, and Sanitary living Conditions.
Witnesses as Following: Bobby Lee Harrison ID.20040672892
August Burton #20070065020  Roosevelt J. Turner #20070074536

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: To Please Fix the Shower and turn on the heat. or I'm going to file For Compensatory damages.

DETAINEE SIGNATURE: __Dewitt N. Brown__

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: __10/23/07__

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

\* Please note: When processed as a request, PART – B is not applicable. \*

Detainee's Last Name: Brown    First Name: Dewitt

ID#: 2007-0023106    Div: I    Tier/LivingUnit: B-1

Date of Request: 10/20/07    Date C.R.W. Received Request: 10/24/07

This Request has been processed by: ?, Brazier    C.R.W.

**Summary of Request:**
Detainee requests that the hot water and heat be repaired.

**Response and/or Action Taken:**
_____

_____ _____ Date: __/__/__ Div./Dept. ____
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )

IC

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*Please note: When processed as a request, PART – B is not applicable.*

Detainee's Last Name: Brown    First Name: Dewitt

ID#: 2007-0023106    Div: 1    Tier/LivingUnit: B1

Date of Request: 11/12/07    Date C.R.W. Received Request: 11/20/07

This Request has been processed by: O. Russell    C.R.W.

**Summary of Request:**

Detainee is requesting that the showers be fixed and that the heat be turned up/on on tier B1.

**Response and/or Action Taken:**

Work order has been submitted for the showers  1-5615 on B-1

_____ ALC1 _____ — _____ [signature] _____    Date: 11/28/07    Div./Dept. 1
(Print- name of individual responding)    (Signature of individual responding)