*MHN*

# COLUMBIA HUMAN RIGHTS LAW REVIEW

COLUMBIA UNIVERSITY SCHOOL OF LAW

435 WEST 116TH STREET
NEW YORK, NY 10027
212-854-1601

Greetings on behalf of the board of *A Jailhouse Lawyer's Manual*.

We have received your letter regarding your need for legal information and resources. As law students, we are not allowed nor equipped with the resources to offer legal advice. However, please review the "Litigation Resources Specifically for Prisoners" provided on the back of this letter. We hope that some of these resources are able to help you in your legal efforts.

I apologize for the impersonal reply. We receive hundreds of letters every year, and we wish we could do more to support you. We wish you the best of luck in your future efforts.

Sincerely,

Managing Editor
*A Jailhouse Lawyer's Manual*
Columbia Human Rights Law Review

FILED
3-3-2008
MAR 3 2008  mb
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No.# 07C 7012

P.S. Just Letting the JUDGE HIBBLER / MAGISTRATE JUDGE NOLAN Know that I did Seek Legal Assistant But 7."Other's didn't Reply until Now, this Letter is One of the 8th Letters I mail out to Lawyers for Help. Hers Also A Copy of the Exact People Place that I wrote due please Assit me in obtaining an Attorney.

Books
- *Prisoners' Self-Help Litigation Manual, Third Edition*, by John Boston, Esq. & John Manville, Esq. More than 1500 pages on the rights of prisoners and possible remedies. Available for $32.95 from: Oceana Publications/ 75 Main Street/ Dobbs Ferry, NY 10522-1601
- *Annual Review of Criminal Procedure*, by the Georgetown University Law Journal (published annually). This publication is more than 1,000 pages long, and reviews in great detail the current law on criminal procedure, available to prisoners for $10.00 from: Journal Administrator/ The Georgetown Law Journal/ 600 New Jersey Avenue, NW/ Washington, DC 20001
- *The California State Prisoners Handbook, Third Edition* and *2004 Supplement*, by Fama, MacKay, Smith, Snedeker & the Prison Law Office. A comprehensive practice guide to prison and parole law in California. More than 600 pages plus 350 pages of appendices. Available to prisoners for $40 from: Rayve Productions/ PO Box 726/ Windsor, CA 95492.
- *The Criminal Law Handbook: Know Your Rights, Survive the System, Fifth Edition*, by Paul Bergman & Sara J. Berman-Barrett. A "plain-English" handbook on criminal law, with 608 pages, available for $34.99 from: Nolo.com/ 950 Parker Street/ Berkeley, CA 94710-2576.

Pamphlets, Guides, Newsletters
- *CCR/ NLG Jailhouse Lawyers Handbook*. This Handbook is a resource for prisoners who wish to file a Section 1983 lawsuit in federal court regarding poor conditions in prison and / or abuse by prison staff. It also contains limited information about legal research and the American legal system. The Handbook is available for free to anyone: prisoners, lawyers, families, friends, activists and others. This is FREE from: National Lawyers Guild, 132 Nassau Street, RM 922, New York, NY 10038.
- *The Prisoners Self Help Legal Clinic*. The PSHLC distributes 25 pamphlets covering many areas of litigation (6 are New Jersey specific), for $1.50 each or $25.00 for the set. The PSHLC also conducts case law research for $1.00 a case if your know the case name or citation. As available, the PSHLC can provide forms and sample pleadings. Write for details about pre-filing review of complaints and claims. To order or get more information, write to the PSHLC: PO Box 798, Newark, NJ 07101.
- *The Para-Professional Law Clinic* at SCI Graterford in Pennsylvania has limited numbers of the free pamphlet "A Legal Reference Guide and Handbook for Legal Researchers." The pamphlet mainly deals with Pennsylvania parole and post-conviction law. Interested prisoners should write: Professor William C. Tyson/ 3400 Chestnut Street/ University of Pennsylvania Law School/ Philadelphia, PA 19104.
- *Prison Legal News*. Monthly magazine (32 pp.), edited by Paul Wright. $18.00 per year for prisoners from PLN: PMB 148, 2400 NW 80th Street, Seattle, WA 98117.
- *The Bridge*. Legal newsletter published four times a year by the Prisoners Self Help Legal Clinic. $5.00 for 2 year subscription: PO Box 798, Newark, NJ 07101.
- *The National Prison Project Journal*. Legal journal published four times a year by the ACLU National Prison Project. $2.00 per year for prisoners: 733 15th St., NW, Ste. 620/ Washington, DC 20005.

PLEASE NOTE:
Columbia Human Rights Law Review does NOT publish or sell any of the resources listed above. Prices and availability are subject to change.

## Illinois Legal Resources List

**Illinois CURE**
3134 E. 92nd Street
Chicago, IL 60617

**The Center on Wrongful Convictions**
Northwestern University School of Law
357 East Chicago Ave.
Chicago, IL 60611

**Downstate Illinois Innocence Project**
522 E. Monroe Street, Suite 303
Springfield, IL 62701

**The MacArthur Justice Center**
University of Chicago Law School
1111 East 60th St.
Chicago, IL 60637
773-702-9494

Lawyers Addresses list below that I wrote..?

~~Columbia~~

**DO NOT Reply**

COLUMBIA HUMAN RIGHTS LAW REVIEW
COLUMBIA UNIVERSITY School OF LAW
435 West 116th STREET
NEW YORK, NY 10027

(2) STERNBERG & ASSOCIATES
Attorney At Law
P.O. Box 5032
Skokie, Illinois 60077

Legal Assistance Foundation
of Metropolitan Chicago
111 W. Jackson Boulevard
Suite 300
Chicago, Illinois 60604-3502

(3) John Howard Association of Illinois
300 West Adams Street
Suite 423
Chicago Illinois 60606

(4) Law office of
Bernard Shelton
Attorney At Law
77 West Washington
Suite 604
Chicago Illinois 60602

(5) OHIO JUSTICE & POLICY CENTER
617 Vine Street, Suite 1301
Cincinnati Ohio 45202

THE CHICAGO BAR ASSOCIATION
321 S. Plymouth Court
Chicago, Illinois 60604-3997

(6) SCHIFF HARDIN
6600 Sears Tower
Chicago, Illinois 60606

CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS 60604

Dear Clerk, my name is Dewitt Brown I am incarcerated In the Cook County Jail. My Constitutional Rights have been violated numerous times. I think I have a good civil right case. I need for the Court to send the 1983 forms so I can file my lawsuit.

Thank you for your time and for considering this matter.

I'm looking forward in receiving these forms soon. My address is listed below.

Respectfully, Dewitt Brown

Name Dewitt Brown
ID # 20070023106
P.O. Box 089002
Chicago, IL 60668

Date of entry: 2/26/08

COLUMBIA HUMAN RIGHTS LAW REVIEW
435 WEST 116TH STREET
NEW YORK, N.Y. 10027

LEGAL MAIL - OPEN IN
PRESENCE OF INMATE

c/ Dewitt Brown # 2007003106
P.O. Box 089002
Chicago, IL 60608

UNITED STATES POSTAGE
$ 00.41°
MAILED FROM ZIP CODE 10027
PITNEY BOWES
02 1A
00004621884