UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEWITT BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7012 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | William Hibbler |
| COUNTY OF COOK, ILLINOIS | ) | |
| THOMAS DART, SALVADOR GODINEZ | ) | Magistrate Judge Nolan |
| SCOTT KURTOVICH, and ANDERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ENLARGE THE TIME PERIOD
IN WHICH TO MOVE, ANSWER OR OTHERWISE PLEAD**

Defendants GODINEZ, KURTOVICH, ANDERSON, and COUNTY OF COOK, through their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his assistant, Jack G. Verges, Assistant State's Attorney, pursuant to Federal Rule of Civil Procedure 6(b)(1), move this Honorable Court to enlarge the time period in which to answer or otherwise plead up to and including April 15, 2008. In support, defendant states:

1.  Plaintiff filed a complaint on February 13, 2008.

2.  Defendants Godinez, Kurtovich and Anderson were served on February 22, 2008.

3.  Defendants requested representation from the Cook County State's Attorney's Office and the undersigned was assigned to represent them on March 10, 2008.

4.  The undersigned has ordered Cook County Sheriff department as well as Cermak medical records that may be germane to plaintiff's claims.

5.  These records were requested on March 10, 2008, and they must be reviewed in order for the defendants' to answer or otherwise plead.

1

6. The undersigned attorney is not being dilatory in bringing this motion, and apologizes to this Honorable Court for any inconvenience that this delay may cause.

**WHEREFORE**, the defendant respectfully requests that this Honorable Court grant an enlargement of time up to and including April 15, 2008 to move, answer or otherwise plead in this matter.

                                        Respectfully submitted,
                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

By:    s/ Jack G. Verges #6186215
         Jack G. Verges, Assistant State's Attorney
         500 Richard J. Daley Center
         Chicago, Illinois 60602