# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7012 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Brown vs. County of Cook, Il. Et al. | | |

**DOCKET ENTRY TEXT**

Defendant's motion to enlarge the time period until 4/15/08 in which to move, answer or otherwise plead is granted. Status hearing to set scheduling order set for 5/6/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|