# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:  Case Number: 07 C 7012
Dewitt Brown v. County of Cook et al.,

Judge: William Hibbler

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cook County Sheriff Thomas Dart

SIGNATURE  /s/ Jack G. Verges ARDC# 6186215

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  TELEPHONE NUMBER
# 6186215  (312) 603-3469

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☒  NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐