UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEWITT BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7012 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | William Hibbler |
| COUNTY OF COOK, ILLINOIS | ) | |
| THOMAS DART, SALVADOR GODINEZ | ) | Magistrate Judge Nolan |
| SCOTT KURTOVICH, and ANDERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**TO:**   Service List

    **YOU ARE HEREBY NOTIFIED** that on April 23, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge William J. Hibbler in the courtroom usually occupied by him, Room 1225, Federal Building 219 S. Dearborn, Chicago, Illinois, and move to present the attached motion entitled: **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT.**

                                              Respectfully submitted,
                                              RICHARD A. DEVINE
                                              State's Attorney of Cook County

            By:     s/ Jack G. Verges #6186215
                     Jack G. Verges, Assistant State's Attorney
                     500 Richard J. Daley Center
                     Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

    I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties on the service list, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on April 10, 2008.

                                                                                          <u>s/ Jack G. Verges #6186215</u>
                                                                                           Jack G. Verges

## **SERVICE LIST**

Dewitt Brown
2007-0023106
Cook County Jail
P.O. Box 089002
Chicago, IL 60608