Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM J. HIBBLER | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7012 | **DATE** | July 14, 2008 |
| **CASE TITLE** | Dewitt Brown (#2007-0023106) v. County of Cook, Illinois | | |

**DOCKET ENTRY TEXT:**

On the Court's own motion, Plaintiff is given an extension of time until 7/30/08 to respond to Defendants' motion to dismiss. If Plaintiff does not file a response or otherwise contact the Court by that date, the Court shall dismiss this action for want of prosecution. Defendants are given until 8/14/08 to file a reply, if desired.

*[Signature: Wm. J. Hibbler]*

Docketing to mail notices.

| | | Courtroom Deputy Initials: | CLH |
|---|---|---|---|