Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM J. HIBBLER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7012 | DATE | September 3, 2008 |
| CASE TITLE | Dewitt Brown (#2007-0023106) v. County of Cook, Illinois | | |

**DOCKET ENTRY TEXT:**

On 7/14/08, the Court gave Plaintiff an extension of time until 7/30/08 to respond to Defendants' motion to dismiss and warned Plaintiff of the consequences if he did not respond. Plaintiff has not responded. The Court accordingly dismisses this action for want of prosecution. *See Williams v. Chicago Bd. of Educ.*, 155 F.3d 853 (7th Cir. 1998) (affirmed district court's dismissal for want of prosecution after plaintiff receive due warning of sanction of dismissal). The Clerk is directed to terminate all pending motions as moot.

*Wm. J. Hibbler*

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1